BEFORE THE SECOND DIVISION, SEPTEMBER 29, 1964

No. 68798.—Goodman & Weinberg v. United States, protests 62/19713, 62/13709, and 63/14765 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of velveteen, wholly or in chief value of cotton, similiar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.